# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ballistic Recovery Systems, Inc. | Court File No.: 04-cv-1467 PAM/JSM |
| Plaintiff, | |
| v. | **ORDER FOR VOLUNTARY DISMISSAL** |
| Charles F. Parsons | |
| Defendant. | |

## ORDER FOR JUDGMENT

IT IS HEREBY ORDERED that the above entitled action and all of the claims between the parties as set forth in the pleadings be and the same are hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED IN ACCORDANCE WITH THIS ORDER.

Dated this   5   day of     October   , 2005

                                                s/Paul A. Magnuson
                                                Honorable Paul A. Magnuson
                                                United States District Court Judge